1  **LAW OFFICES OF JOHNNY L. GRIFFIN III**
   **JOHNNY L. GRIFFIN, III** (SBN 118694)
2  **MANOLO H. OLASO** (SBN 195629)
   1010 F Street, Suite 200
3  Sacramento, California 95814
   Telephone: (916) 444-5557
4  Fax: (916) 444-5558
   Attorneys for Plaintiff FELICIA MARTINEZ
5

6  BRUCE A. KILDAY, S.B. #66415
     Email: bkilday@akk-law.com
7  DERICK E. KONZ, S.B. #286902
     Email: dkonz@akk-law.com
8  **ANGELO, KILDAY & KILDUFF, LLP**
   Attorneys at Law
9  601 University Avenue, Suite 150
   Sacramento, CA 95825
10 Telephone: (916) 564-6100
   Telecopier: (916) 564-6263
11 Attorneys for Defendants CITY OF YUBA CITY and
   OFFICER MILENA MULCAHY
12

13                     **UNITED STATES DISTRICT COURT**

14                     **EASTERN DISTRICT OF CALIFORNIA**

15                         **SACRAMENTO DIVISION**

16

| | | |
|---|---|---|
| 17 | FELICIA MARTINEZ, an individual, | ) Case No.: 2:19-cv-00900-MCE-EFB |
| 18 | Plaintiff, | ) **STIPULATION FOR DISMISSAL WITH** |
| 19 | vs. | ) **PREJUDICE [FRCP 41(a)(1)(A)(ii)] and** ) **ORDER** |
| 20 | | ) |
| 21 | CITY OF YUBA CITY; OFFICER MULCAHY (Badge 4111), | ) Before the Honorable Morrison C. England, Jr. |
| 22 | Defendants. | ) |

Stipulation for Dismissal
Case No. 2:19-cv-00900-MCE-EFB                                                          1

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated, by and between Plaintiff FELICIA MARTINEZ, Defendant CITY OF YUBA CITY, and OFFICER MILENA MULCAHY, through their respective counsel, that this entire action shall be dismissed with prejudice as to all parties. The parties shall bear their own costs and attorneys' fees.

Date: April 17, 2020

/s/ Derick E. Konz
Derick E. Konz
Angelo Kilday Kilduff
Attorneys for Defendants CITY OF YUBA CITY and OFFICER MILENA MULCAHY
(e-signature expressly authorized on 04/16/2020)

Date: April 17, 2020

/s/ Manolo Olaso
Manolo Olaso
Law Offices of Johnny L. Griffin, III
Attorneys for Plaintiff FELICIA MARTINEZ

IT IS SO ORDERED.

Dated: April 21, 2020

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Law Offices of Johnny L. Griffin III
1010 F Street, Suite 200; Sacramento, CA 95814
(916) 444-5557
www.johnnygriffinlaw.com

Stipulation for Dismissal
Case No. 2:19-cv-00900-MCE-EFB

2